IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

1. __T. WILLIAMS__
   PLAINTIFF/PETITIONER

2. _____
   PLAINTIFF/PETITIONER

   v.                                     Case No. 5:02 cv136 MMP/MD

1. __J. PEACOCK__                3. __J. MEADOWS__
   DEFENDANT/RESPONDENT

2. __W. WILLIAMS__
   DEFENDANT/RESPONDENT
   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ /

## MOTION TO PROCEED IN FORMA PAUPERIS

I, __TOMMY WILLIAMS__, move to proceed in forma pauperis pursuant to Title 28 U.S.C. § 1915 in the above-entitled action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to relief. I have not divested myself of any property, monies, or any items of value for the purpose of avoiding payment of said fees.

_Tommy Williams_
Signature of Plaintiff/Petitioner

## AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

(Must Be Completed)

In support of this motion, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? Yes (✓)   No ( )
If "Yes," state the place of your incarceration: __Calhoun Correctional Inst.__

Revised 2/97

2. Are you presently employed?    Yes ( )    No (✓)
   a. If the answer is "yes," state the amount of your take-home salary or wages per month and give the name and address of your employer.
   b. If the answer is "no," state the date of last employment and the amount of the take-home salary and wages per month which you received.

3. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other self-employment?
      Yes ( )  No (✓)
   b. Rent payments, interest or dividends?
      Yes ( )  No (✓)
   c. Pensions, annuities or life insurance payments?
      Yes ( )  No (✓)
   d. Disability or workers' compensation payments?
      Yes ( )  No (✓)
   e. Gifts or inheritances?
      Yes ( )  No (✓)
   f. Any other sources?
      Yes ( )  No (✓)

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

4. Do you own any cash, or do you have money in a checking or savings account?
   Yes ( )    No (✓)   (Include funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

5. Do you own real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ( )    No (✓)
   If the answer is "yes," describe the property and state its approximate value.

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   TRAVONDA N. Williams / Father

I declare under penalty of perjury that the foregoing is true and correct.

_Tommy Williams_                                   _3/29/02_
Signature of Plaintiff/Petitioner                   Date

Revised 2/97                          2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

1. T. WILLIAMS
   PLAINTIFF/PETITIONER

2. _____
   PLAINTIFF/PETITIONER

v.                                              Case No.

1. J. PEACOCK                        3. J. MEADOWS
   DEFENDANT/RESPONDENT

2. W. WILLIAMS
   DEFENDANT/RESPONDENT
_____/

PRISONER CONSENT FORM
AND FINANCIAL CERTIFICATE

(Must Be Completed By All Prisoners)

I, TOMMY WILLIAMS, plaintiff/petitioner in the above-entitled action, understand that:

1.     If I submit a petition for writ of habeas corpus in this court, the filing fee is $5.00. I must pay such fee if my current prison account balance (line #1, Financial Certificate below), my average account balance (line #2, below), or my average monthly deposits (line #3, below), is $25.00 or more.

2.     If I submit a civil complaint (e. g., a civil rights action under 42 U.S.C. § 1983 or 28 U.S.C. § 1331), pursuant to the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915 (as amended), I must pay the $150.00 filing fee in full. This means that, regardless of the court's disposition of my case (which may include dismissal), I AM STILL OBLIGATED TO PAY THE ENTIRE $150.00 FILING FEE, and:

       (a) I must request that an authorized official at my present place of confinement complete the Financial Certificate below and attach a computer print-out reflecting all transactions in my prison account for the six month period preceding the filing of my complaint. If I have not been incarcerated at this institution for six months, I must also obtain account print-out(s) from each penal facility at which I may have been confined during the relevant six month period and provide the print-out(s) to the authorized official completing my Financial Certificate. If I fail to provide print-outs for the entire six month period or do not satisfactorily explain my inability to do so to the court, my motion to proceed in forma pauperis may be denied; and

       (b) If my current account balance (line #1, below) is more than $200.00, I will not qualify for in forma pauperis status and I must pay the full filing fee of $150.00 before I will be allowed to proceed with the action; and

       (c) If I do NOT have more than $200.00 in my account (line #1, below), before this action can proceed I will submit, upon order of the court, the initial partial filing fee, which shall be 20% of my average monthly balance (line #2, below) or the average monthly deposits to my account (line #3, below), whichever is greater. My failure to submit the initial partial filing fee as ordered by the court may result in the dismissal of this action and in the relinquishment of any right to proceed in forma pauperis in future actions; and

2/97

(d) The officials at the institution at which I am presently confined or any institution to which I may be transferred are hereby authorized to make additional monthly payments from my account until the balance of the required $150.00 filing fee is paid. These additional monthly payments will be equal to 20% of all of the preceding month's deposits to my account. Institution officials shall submit these monthly payments directly to the court whenever the funds in my account exceed $10.00 until the full filing fee is paid. The court may also, from time to time, require me to provide additional financial records and order deductions from my prison account even when I do not have monies in my account in excess of $10.00.

_Tommy Williams_  
Signature of Prisoner

Date: 3/29/02

TOMMY WILLIAMS  
Prisoner's Name (print)

B-887156  
Prisoner Number

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FINANCIAL CERTIFICATE

(To Be Completed by Authorized Penal Official)

COMPUTER PRINT-OUT(S) REFLECTING ALL TRANSACTIONS IN THE  
INMATE'S PRISON ACCOUNT(S) FOR THE PRECEDING SIX MONTHS **MUST** BE ATTACHED

1. CURRENT ACCOUNT BALANCE  _____

2. AVERAGE MONTHLY BALANCE FOR PRECEDING SIX MONTHS  _____

3. AVERAGE MONTHLY DEPOSITS FOR PRECEDING SIX MONTHS  _____

4. INITIAL FILING FEE: 20% of the greater of #2 or #3  _____  
   (Subject to verification by the court.)

\* It is the inmate's responsibility to obtain the required print-out(s) from each institution at which he may have been confined during the preceding six months and to provide them to the official completing this form.

If print-outs or the above calculations do not represent the preceding six month period in its entirety, the official completing this form should explain here:

I hereby certify that, as of this date, the above information for the prison account of the inmate named herein is correct.

_____     _____  
Signature of Authorized Official                 Date

PLEASE COMPLETE THIS FORM IN INK IN A COLOR OTHER THAN BLACK

2/37