IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TOMMY WILLIAMS,**
    Plaintiff,

vs.                                                           5:02cv136/MMP/MD

**JAMES K. PEACOCK, et al.,**
    Defendants.

---

## ORDER

This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 10, 2002. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The plaintiff's complaint is DISMISSED as frivolous and for failure to state a claim.

DONE AND ORDERED this 21st day of May, 2002.

Entered on docket 5-21-02 by ST
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP)
Copies sent to: T. Williams

                                                   _/s/ Maurice M. Paul_
                                                   **MAURICE M. PAUL**
                                                   **UNITED STATES DISTRICT JUDGE**

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTH DIST., FLA
GAINESVILLE, FLA

02 MAY 21 AM 10: 47

FILED

4