UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TOMMY WILLIAMS

VS                                                          CASE NO. 5:02cv136 MMP

JAMES K. PEACOCK, et al.

## JUDGMENT

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Plaintiff take nothing and that this action be DISMISSED as frivolous for failure to state a claim.

SHEILA HURST-RAYBORN, ACTING CLERK

May 21, 2002
DATE                                       Deputy Clerk: Louise Trautman

Entered On Docket _____5/21/02_____ By: LLT
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies mailed to: T. Williams, MD



OFFICE OF CLERK
U.S. DISTRICT CT.
NORTH DIST...
GAINESVILLE

02 MAY 21  AM 11: 31
                    LT

Document No.   5                       FILE: